NOTE CHANGES MADE
BY THE COURT

STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Jennifer Erin Carnivelle

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION

JENNIFER ERIN CARNIVELLE,

                Plaintiff,    CASE NO.: 5:20-CV-01815-PLA

   -v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

**ORDER AWARDING ATTORNEY'S
FEES PURSUANT TO THE   EQUAL ACCESS TO
JUSTICE ACT, 28 U.S.C. § 2412 (d)**

    Based on the stipulation of the parties, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

1

IT IS HEREBY ORDERED that **attorney fees and expenses** in the amount of Six Thousand Dollars ($6,000.00) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs may be made payable to Plaintiff's Attorneys Of Counsel firm,

**Olinsky Law Group** EIN 26-2258247

Whether the check is made payable to Plaintiff or to Olinsky Law Group, **the check shall be mailed to the following address:**

**Olinsky Law Group**
**250 S Clinton St Ste 210**
**Syracuse NY 13202**

So ordered.

Date: 2/18/2022

_____
Hon. Paul L. Abrams
United States Magistrate Judge

[Proposed Order proffer: Stuart T. Barasch; copy to In Seon Jeong]